IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JAMES PLATER, SR,

    Plaintiff,

v.                                                   CASE NO. 1:05-cv-00148-MP-WCS

ALACHUA COUNTY DETENTION CENTER,
STEPHEN OELRICH,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 21, Amended Report and Recommendations of the Magistrate Judge, recommending that Mr. Plater's complaint be dismissed without prejudice. The time for filing objections has passed, and none have been filed. The Court agrees that Plaintiff's failure to comply with numerous court orders justifies dismissal. Accordingly,

    **ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.    This action is DISMISSED, and the clerk is directed to close the file.

    **DONE AND ORDERED** this  *12th*   day of October, 2006

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge